**No. P66/307.**—E. M. Stevens Corporation v. United States, protests 61/21398(A), etc. (New York).

Ford, J. In accordance with stipulation of counsel that the items of merchandise marked "A" and "B" covered by the foregoing protests consist of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), except that the items marked "B" have wooden handles, the claims of the plaintiff were sustained.

**No. P66/308.**—Latama, Inc., et al. v. United States, protests 61/7501, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the items of merchandise marked "A" and "B" covered by the foregoing protests consist of knives and forks similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), except that the items marked "B" are with handles other than nickel silver or steel, the claims of the plaintiffs were sustained.

**No. P66/309.**—The Buhler Corp. and Gehrig, Hoban & Co., Inc., et al. v. United States, protests 65/23060, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of food preparing machines which are dedicated to use therewith similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.